# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nancy Bond,<br><br>                    Plaintiff,<br><br>v.<br><br>City of Phoenix,<br><br>                    Defendant. | No. CV-15-01470-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Dismiss With Prejudice (Doc. 29) and good cause appearing,

**IT IS HEREBY ORDERED** that this lawsuit is dismissed with prejudice, the parties to bear their respective costs and attorney fees.

Dated this 18th day of August, 2016.

_____
Honorable G. Murray Snow
United States District Judge